**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Samuel SOSA–SOTO, aka Carlos Gomez, Defendant– Appellant.**

No. 01–10194.

D.C. No. CR–01–00027–JAT.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 10, 2002.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM**

Samuel Sosa–Soto appeals his guilty-plea conviction and 63–month sentence for illegal re-entry of a deported alien, in vio-

lation of 8 U.S.C. § 1326. Sosa–Soto's counsel filed a motion to withdraw as counsel of record and a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sosa–Soto has not filed a pro se supplemental brief, and appellee did not file an answering brief.

Based upon our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that Sosa–Soto was sentenced within the terms of his plea agreement and has knowingly and voluntarily waived his right to appeal. *See United States v. Nunez*, 223 F.3d 956, 958 (9th Cir.2000). We therefore lack jurisdiction over this appeal. *See United States v. Vences*, 169 F.3d 611, 613 (9th Cir.1999).

Accordingly, counsel's motion to withdraw as counsel of record is **GRANTED,** and this appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.